UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| Petitioner, ) | |
| ) | |
| V. ) | CIVIL NO. SA-23-CV-01382 |
| ) | |
| **BARRETT FIREARMS MFG. CO.** ) | |
| **82A1 Rifle, Cal: 50 BMG,** ) | |
| **SN: AA015567,** ) | |
| ) | |
| Respondent. ) | |

## VERIFIED COMPLAINT FOR FORFEITURE

Comes now Petitioner United States of America, by and through the United States Attorney for the Western District of Texas and the undersigned Assistant United States Attorney, pursuant to Rule G, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Fed. R. Civ. P., and respectfully states as follows:

### I.
### NATURE OF THIS ACTION

This action is brought by the United States of America seeking forfeiture to the United States of the following property:

- **Barrett Firearms Mfg. Co. 82A1 Rifle, Cal: 50 BMG, Serial Number AA015567**,

hereinafter the Respondent Firearm.

### II.
### JURISDICTION AND VENUE

Under Title 28 U.S.C. § 1345, this Court has jurisdiction over an action commenced by the United States, and under Title 28 U.S.C. § 1355(a), jurisdiction over an action for forfeiture. This Court has *in rem* jurisdiction over the Respondent Firearm under Title 28 U.S.C. §§ 1355(b) and

1395. Venue is proper in this district pursuant to Title 28 U.S.C. § 1355(b)(1) because the acts or omissions giving rise to the forfeiture occurred in this district, and pursuant to Title 28 U.S.C. §§ 1355(b)(1)(B) and 1395(b) because the Respondent Firearm is found in this district.

### III.
### STATUTORY BASIS FOR FORFEITURE

This is a civil forfeiture action *in rem* brought against the Respondent Firearm for the violation of Title 18 U.S.C. § 922(a)(6) subject to forfeiture to the United States of America pursuant to Title 18 U.S.C. § 924(d)(1), which states:

> **Title 18 U.S.C. § 924. Penalties**
> **(d)(1)** Any firearm or ammunition involved in or used in any knowing violation of subsection . . . (a) . . . of section 922 . . . shall be subject to seizure and forfeiture . . . under the provisions of this chapter . . . .

### IV.
### FACTS IN SUPPORT OF VIOLATION

See Appendix A for facts under seal.

### V.
### PRAYER

WHEREFORE, Petitioner, United States of America, prays that due process issue to enforce the forfeiture of the Respondent Firearm, that due notice pursuant to Rule G(4) be given to all interested parties to appear and show cause why forfeiture should not be decreed,[1] and in accordance with Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Fed. R. Civ. P., that the Respondent Firearm be forfeited to the United States of America, that the Respondent Firearm be disposed of in accordance with the law and for any such further relief as this Honorable Court deems just and proper.

---

[1] Appendix A, which is being filed along with this complaint, will be sent to those known to the United States to have an interest in the Respondent Firearm.

Respectfully submitted,

JAIME ESPARZA
United States Attorney

By: *Mary Nelda G. Valadez*
MARY NELDA G. VALADEZ
Assistant United States Attorney
Asset Forfeiture Section
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216
Tel: 210-384-7040
Fax: 210-384-7045
Email: Mary.Nelda.Valadez@usdoj.gov
Texas Bar No. 20421844

Attorneys for the United States of America

## **VERIFICATION**

Special Agent Isaac Hernandez, declares and says that:

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives, assigned to the San Antonio III Field Office, and I am the investigator responsible for the accuracy of the information provided in this litigation.

2. I have read the above Verified Complaint for Forfeiture and know the contents thereof; the information contained in the Verified Complaint for Forfeiture has been furnished by official government sources; and the allegations contained in the Verified Complaint for Forfeiture are true based on information and belief.

Pursuant to Title 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this the __1st__ day of ____November____, 2023.


_____*Isaac Hernandez*_____
Isaac Hernandez, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives
San Antonio III Field Office