UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Petitioner,<br><br>V.<br><br>BARRETT FIREARMS MFG. CO.<br>82A1 Rifle, Cal: 50 BMG,<br>SN: AA015567,<br><br>      Respondent. | )<br>)<br>)<br>)   CIVIL NO. SA-23-CV-01382<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER FOR WARRANT OF ARREST OF PROPERTY

WHEREAS a Verified Complaint for Forfeiture *in rem* was filed on the 1st day of November, 2023, against the following property:

- **Barrett Firearms Mfg. Co. 82A1 Rifle, Cal: 50 BMG, Serial Number AA015567**,

hereinafter the Respondent Firearm, alleging that the Respondent Firearm is subject to forfeiture to the United States of America pursuant to Title 18 U.S.C. § 924(d)(1) for the violation of Title 18 U.S.C. § 922(a)(6); IT IS THEREFORE

ORDERED that a Warrant for Arrest of Respondent Firearm issue as prayed for, and that the Bureau of Alcohol, Tobacco, Firearms and Explosives or its designated agent for the Western District of Texas, or any other law enforcement officer, or any other person or organization authorized by law to enforce the warrant, be commanded to arrest the Respondent Firearm and to take actual or constructive possession for safe custody as provided by Rule G, Supplemental Rules of Federal Rules of Civil Procedure until further order of the Court, and to use whatever means may be appropriate to protect and maintain the Respondent Firearm while in custody, including

designating a substitute custodian or representative for the purposes of maintaining the care and custody of the Respondent Firearm and to make a return as provided by law.

SIGNED this _____ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE