UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>        Petitioner,<br><br>V.<br><br>**BARRETT FIREARMS MFG. CO.**<br>**82A1 Rifle, Cal: 50 BMG,**<br>**SN: AA015567,**<br><br>        **Respondent.** | )<br>)<br>)<br>)  **CIVIL NO. SA-23-CV-01382**<br>)<br>)<br>)<br>)<br>)<br>) |

## WARRANT FOR THE ARREST OF PROPERTY

**TO THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, OR ITS DESIGNATED AGENT, OR OTHER AUTHORIZED LAW ENFORCEMENT OFFICER OR ANY OTHER PERSON OR ORGANIZATION AUTHORIZED BY LAW TO ENFORCE THE WARRANT:**

WHEREAS a Verified Complaint for Forfeiture *in rem* was filed on the 1st day of November, 2023, against the following property:

- **Barrett Firearms Mfg. Co. 82A1 Rifle, Cal: 50 BMG, Serial Number AA015567**,

hereinafter the Respondent Firearm, alleging that the Respondent Firearm is subject to forfeiture to the United States of America pursuant to Title 18 U.S.C. § 924(d)(1) for the violation of Title 18 U.S.C. § 922(a)(6); and

WHEREAS an Order has been entered by the United States District Court for the Western District of Texas that a Warrant for Arrest of Property be issued as prayed for by Petitioner United States of America.

YOU ARE THEREFORE COMMANDED to arrest and take actual or constructive possession of the Respondent Firearm as soon as practicable by serving a copy of this warrant on the custodian in whose possession, custody, or control the Respondent Firearm is presently found,

and to use whatever means may be appropriate to protect and maintain the Respondent Firearm in your custody until further order of this Court, including designating a substitute custodian or representative for the purposes of maintaining the care and custody of the Respondent Firearm and to make a return as provided by law.

SIGNED this _____ day of _____, 2023.

                                                                           _____
                                                                           PHILIP J. DEVLIN
                                                                           United States District Clerk
                                                                           Western District of Texas

                                        By:     _____
                                                                           Deputy